UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FORD MOTOR COMPANY,

    Appellant,

v.                                      Case No. 8:04-cv-223-T-23MSS

SYNDICATE EXCHANGE CORP.,

    Appellee.
_____/

**O R D E R**

The appellant fails to file a brief pursuant to Rule 8009(a), Federal Rules of Bankruptcy Procedure and the court's February, 2005, order (Doc. 9). Consequently, the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall terminate any pending motions and close the case.

ORDERED in Tampa, Florida, on July 29, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy